750 A.2d 835

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Robert HOLBROOK, Petitioner.**

Supreme Court of Pennsylvania.

May 17, 2000.

## *ORDER*

PER CURIAM:

AND NOW, this 17th day of May, 2000, the Petition for Allowance of Appeal is hereby **GRANTED,** the portion of the order of the Superior Court imposing counsel fees is **VACATED,** and the matter is **REMANDED** for consideration of Petitioner's ineffective assistance claim.